**Aaron Michael KERCHEVAL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 70970.**

Missouri Court of Appeals, Western District.

Aug. 31, 2010.

Laura G. Martin, Kansas City, MO, for Appellant.

Jamie P. Rasmussen, Jefferson City, MO, for Respondent.

Before LISA WHITE HARDWICK, C.J., JAMES E. WELSH, and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Aaron Michael Kercheval appeals the circuit court's judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).